## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Placht v. Argent Trust Company et al.    Case Number: 1:21-cv-05783

An appearance is hereby filed by the undersigned as attorney for:

Argent Trust Company

Attorney name (type or print): Shannon M. Barrett

Firm: O'Melveny & Myers LLP

Street address: 1625 Eye Street, NW

City/State/Zip: Washington, DC 20006

Bar ID Number: 6242483
(See item 3 in instructions)    Telephone Number: (202) 383-5300

Email Address: sbarrett@omm.com

Are you acting as lead counsel in this case?    ☐ Yes    ☑ No

Are you acting as local counsel in this case?    ☑ Yes    ☐ No

Are you a member of the court's trial bar?    ☐ Yes    ☑ No

If this case reaches trial, will you act as the trial attorney?    ☐ Yes    ☑ No

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/24/2021

Attorney signature:    S/ Shannon M. Barrett
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015