# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
## Eastern Division

Carolyn Placht

                    Plaintiff,

v.                                              Case No.: 1:21−cv−05783
                                                Honorable Ronald A. Guzman

Argent Trust Company, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 1, 2021:

        MINUTE entry before the Honorable Ronald A. Guzman: Defendant Argent Trust Company's unopposed motion for extension of time to respond to complaint [6] is granted in part and denied in part. Defendant Argent Trust Company shall respond to the complaint by 1/7/2022. The Court does not typically suspend discovery during the pendency of a motion to dismiss. The parties are directed to confer no later than 1/10/2022 to discuss deadlines for any Rule 26(a)(1) disclosures that have not already been exchanged and a proposed discovery plan. Plaintiff is responsible for initiating such a conference, and all lead counsel for all parties must participate. In lieu of an initial status hearing, the parties shall file a joint written initial status report and proposed discovery plan by 1/17/2022. Failure or refusal to participate in such a conference or to cooperate in the preparation of the written report may constitute a basis for sanctions. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.