UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROLYN PLACHT, on behalf of the Symbria Inc. Employee Stock Ownership Plan and on behalf of a class of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARGENT TRUST COMPANY,<br>JILL KRUEGER,<br>THOMAS NOESEN, JR.,<br>JOHN R. CALLEN,<br>CENTRAL BAPTIST VILLAGE,<br>COVENANT RETIREMENT COMMUNITIES, INC.,<br>FRANCISCAN SISTERS OF CHICAGO SERVICE CORPORATION,<br>LIFELINK CORPORATION,<br>LUTHERAN HOME AND SERVICES FOR THE AGED, INC.,<br>MATHER LIFEWAYS,<br>NORWEGIAN LUTHERAN BETHESDA HOME ASSOCIATION,<br>NORWOOD LIFE CARE FOUNDATION,<br>FRIENDSHIP SENIOR OPTIONS, NFP,<br>REST HAVEN ILLIANA CHRISTIAN CONVALESCENT HOME,<br>ST. PAULS HOUSE & HEALTHCARE CENTER, and<br>UNITED METHODIST HOMES & SERVICES,<br><br>Defendants. | Case No. 1:21-cv-05783<br><br>Hon. Ronald A. Guzman |

## STIPULATION WAIVING POTENTIAL APPLICATION OF ARBITRATION PROVISIONS

Each of the undersigned named defendants ("Defendants") hereby waives any right to invoke Section 17.9 of the Symbria, Inc. Employee Stock Ownership Plan (the "Plan"), as

1

amended on March 26, 2020, with respect to the complaint filed by Carolyn Placht, on behalf of the Symbria Inc. Employee Stock Ownership Plan and on behalf of a class of all other persons similarly situated ("Plaintiff") on October 29, 2021 (the "Action"), contingent on Plaintiff joining Defendants' joint motion to stay discovery in the Action and/or joining the request to stay discovery in the Joint Initial Status Report and Proposed Discovery Plan ("Initial Status Report") in the Action, during the pendency of Defendants' motions to dismiss (Dkt. 26, 29, 32 and 35). The stipulation is also contingent on Defendants opposing (which shall not require an independent filing) any motion by a third-party to invoke Section 17.9 of the Plan and compel arbitration in the above-captioned matter. This stipulation does not include any agreement by Plaintiff as to any other positions taken by Defendants in the Initial Status Report. Upon the filing of Defendants' joint motion to stay discovery or the Initial Status Report, the Defendants' waiver of the right to invoke Section 17.9 of the Plan with respect to the Action and agreement to oppose any attempt by a third party to compel arbitration shall become final and binding.

Dated: January 31, 2022

Respectfully submitted,

**BAILEY & GLASSER LLP**

/s/ Patrick Muench
Patrick O. Muench
318 W. Adams Street
Suite 1606
Chicago, IL 60606
Telephone: (312) 500-8680
Facsimile: (304) 342-1110
pmuench@baileyglasser.com

Ryan T. Jenny
Gregory Y. Porter (*pro hac vice to be filed*)
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
rjenny@baileyglasser.com
gporter@baileyglasser.com

*Attorneys for Plaintiff*

/s/ Michael J. Scotti III
Michael John Scotti, III
Roetzel & Andress LPA
30 N. LaSalle Street
Suite 2800
Chicago, IL 60602
(312)580-1200
mscotti@ralaw.com

*Attorney for Defendant John Callen*

/s/ J. Christian Nemeth
Theodore Michaelson Becker
John Christian Nemeth
McDermott Will & Emery
444 West Lake Street
Suite 4000
Chicago, IL 60606

3

(312) 372-2000
tbecker@mwe.com
jcnemeth@mwe.com

*Attorneys for Community Defendants*


*/s/ Michael L. Scheier*
Michael L Scheier
Jacob Deniro Rhode
Keating, Muething & Klekamp
1 East 4th Street
Suite 1400
Cincinnati, OH 45202
(513) 579-6952
mscheier@kmklaw.com
jrhode@kmklaw.com

Ross David Taylor
Keating Muething & Klekamp Pll
125 S. Clark Street
17th Floor
Chicago, IL 60603
(513) 639-3935
rtaylor@kmklaw.com

*Attorneys for Defendants Jill Kreuger and Thomas Noesen*


*/s/ Gregory F. Jacob*
Gregory Jacob
Shannon M. Barrett
Deanna Marie Rice
O'Melveny & Myers LLP
1625 I St NW
Washington, DC 20006
(202) 383-5308
gjacob@omm.com
sbarrett@omm.com
Derice@omm.com


Jeffrey Andrew Soble
John R. Landis

4

        Samantha Ann Sadler
        Foley & Lardner
        321 North Clark Street
        Suite 2800
        Chicago, IL 60654
        (312) 832-4500
        jsoble@foley.com
        jrlandis@foley.com
        ssadler@foley.com

        *Attorneys for Defendant Argent Trust Company*