## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Carolyn Placht
                                    Plaintiff,

v.                                                      Case No.: 1:21−cv−05783
                                                        Honorable Ronald A. Guzman

Argent Trust Company, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 4, 2022:

    MINUTE entry before the Honorable Ronald A. Guzman: The Court has reviewed the joint initial status report and sets the following schedule. Rule 26(a) disclosures shall be made no later than 2/17/22. Amendment of pleadings and joinder of parties shall be made no later than 9/6/22. Fact discovery shall be completed no later than 12/5/22. The Court is unlikely to extend the fact discovery cutoff, so the parties should plan accordingly. By 11/4/22, the parties shall file joint status report with a proposed expert discovery schedule. Status hearing regarding expert discovery set for 11/10/22 at 10:00 a.m. Discovery supervision and all discovery motions and discovery disputes, including requests for and entry of any protective orders, are referred to the magistrate judge without authority to extend the fact−discovery deadline. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.