# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Carolyn Placht
                     Plaintiff,

v.                                       Case No.: 1:21−cv−05783
                                              Honorable Ronald A. Guzman

Argent Trust Company, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 8, 2022:

       MINUTE entry before the Honorable Beth W. Jantz: Status hearing held on 3/8/22 and continued until 3/28/22 at 9:00 a.m. The parties report on the current status of their efforts to complete a written settlement agreement. With the permission of the parties, a law clerk will reach out to counsel regarding the questions posed on the record, and the parties should respond with their blind answers (i.e., not copying the opposing party) to that law clerk by the close of business on 3/10/22. At the next hearing, the parties should be prepared to discuss the status of the written settlement agreement and the outstanding objection to Judge Durkin's transfer order. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.