## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **CAROLYN PLACHT, on behalf of the Symbria Inc. Employee Stock Ownership Plan and on behalf of a class of all other persons similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ARGENT TRUST COMPANY,**<br>**JILL KRUEGER,**<br>**THOMAS NOESEN, JR.,**<br>**JOHN R. CALLEN,**<br>**CENTRAL BAPTIST VILLAGE,**<br>**COVENANT RETIREMENT COMMUNITIES, INC.,**<br>**FRANCISCAN SISTERS OF CHICAGO SERVICE CORPORATION,**<br>**LIFELINK CORPORATION,**<br>**LUTHERAN HOME AND SERVICES FOR THE AGED, INC.,**<br>**MATHER LIFEWAYS,**<br>**NORWEGIAN LUTHERAN BETHESDA HOME ASSOCIATION,**<br>**NORWOOD LIFE CARE FOUNDATION,**<br>**FRIENDSHIP SENIOR OPTIONS, NFP,**<br>**REST HAVEN ILLIANA CHRISTIAN CONVALESCENT HOME,**<br>**ST. PAULS HOUSE & HEALTHCARE CENTER, and**<br>**UNITED METHODIST HOMES & SERVICES,**<br><br>**Defendants.** | **Case No. 1:21-cv-05783**<br><br>**Hon. Ronald A. Guzman**<br><br>**Hon. Beth W. Jantz** |

## JOINT STATUS REPORT ON DISCOVERY

In accordance with the Court's July 25, 2022 minute entry (Dkt. 70), Plaintiff Carolyn

Placht, on behalf of the Symbria Inc. Employee Stock Ownership Plan, and similarly situated

participants in the Plan and their beneficiaries ("Plaintiff"), and Defendants Argent Trust Company ("Argent"), Jill Krueger ("Krueger"), Thomas Noesen, Jr. ("Noesen"), and John R. Callen ("Callen"), submit the following joint status report with scheduled deposition dates:

| Deponent | Date | Party Requesting Deposition |
|---|---|---|
| Carolyn Placht | October 7, 2022 | Defendants |
| Rule 30(b)(6) of Prairie Capital Advisors | October 17, 2022 | Plaintiff (with time allocated to Defendants) |
| Defendant Jill Krueger (potentially including Rule 30(b)(6) of Symbria, Inc.) | October 26, 2022 | Plaintiff (with time allocated to Defendants) |
| Rule 30(b)(6) of Houlihan Lokey | November 3, 2022 | Plaintiff (with time allocated to Defendants) |
| Rule 30(b)(6) of Stout Risius Ross | November 4, 2022 | Plaintiff (with time allocated to Defendants) |
| Defendant Tom Noesen (potentially including Rule 30(b)(6) of Symbria, Inc.) | November 16, 2022 | Plaintiff (with time allocated to Defendants) |
| Rule 30(b)(6) of Verit Advisors | November 30, 2022 | Plaintiff (with time allocated to Defendants) |
| Defendant John Callen | December 1, 2022 | Plaintiff (with time allocated to Defendants) |
| Rule 30(b)(6) of Pendo Advisors | December 2, 2022 | Plaintiff (with time allocated to Defendants) |
| Rule 30(b)(6) of Defendant Argent Trust Company | December 5, 2022 | Plaintiff (with time allocated to co-Defendants) |
| A representative of Fifth Third Bank | [TBD, see below] | Defendants (with time allocated to Plaintiff) |
| A representative of the Symbria ESOP Steering Committee | [Will occur before December 5, 2022, see below] | Plaintiffs/Defendants |

Defendant Argent Trust Company requests permission to serve a narrow third party subpoena on Fifth Third Bank ("the Bank") requesting the Bank's internal analysis supporting its decision to loan Symbria money to facilitate the ESOP Transaction. Materials produced during fact discovery show that litigation that was filed in July 2015 raised questions pertaining to the impact the loan in question would have on Symbria's operations. Fifth Third Bank's internal analysis would be expected to show its independent business conclusions on the points raised, as

the third party that was placing its own money at potential risk. A narrow subpoena is an efficient means of obtaining this information and may avoid the need to obtain it by deposition. Should a review of those records require a short follow-up deposition of Fifth Third Bank, Defendants will work promptly and cooperatively with Plaintiff to schedule it prior to the close of fact discovery. Plaintiff does not oppose this request.

Plaintiff and Defendants both wish to take a deposition of a representative member of the Symbria, Inc. board of directors ESOP Steering Committee. The Parties will work cooperatively to identify the appropriate deponent, and will schedule the deposition to take place before the close of fact discovery.

Dated:     September 1, 2022

Respectfully submitted,

**BAILEY & GLASSER LLP**

*/s/ Patrick O. Muench*_____
Patrick O. Muench
318 W. Adams Street
Suite 1606
Chicago, IL 60606
Telephone: (312) 500-8680
Facsimile: (304) 342-1110
pmuench@baileyglasser.com

Ryan T. Jenny
Gregory Y. Porter (*pro hac vice to be filed*)
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
rjenny@baileyglasser.com
gporter@baileyglasser.com

*Attorneys for Plaintiff*

/s/ Michael J. Scotti, III
Michael John Scotti, III
Roetzel & Andress LPA
30 N. LaSalle Street
Suite 2800
Chicago, IL 60602
(312)580-1200
mscotti@ralaw.com

*Attorney for Defendant John Callen*

/s/ J. Christian Nemeth
Theodore Michaelson Becker
John Christian Nemeth
McDermott Will & Emery
444 West Lake Street
Suite 4000
Chicago, IL 60606
(312) 372-2000
tbecker@mwe.com
jcnemeth@mwe.com

*Attorneys for Community Defendants*

/s/ Michael L. Scheier
Michael L Scheier
Jacob Deniro Rhode
Keating, Muething & Klekamp
1 East 4th Street
Suite 1400
Cincinnati, OH 45202
(513) 579-6952
mscheier@kmklaw.com
jrhode@kmklaw.com

Ross David Taylor
Keating Muething & Klekamp Pll
125 S. Clark Street
17th Floor
Chicago, IL 60603
(513) 639-3935
rtaylor@kmklaw.com

*Attorneys for Defendants Jill Kreuger and*
*Thomas Noesen*

4

*/s/ Gregory Jacob*          
Gregory Jacob
Shannon M. Barrett
Deanna Marie Rice
O'Melveny & Myers LLP
1625 I St NW
Washington, DC 20006
(202) 383-5308
gjacob@omm.com
sbarrett@omm.com
Derice@omm.com

Jeffrey Andrew Soble
John R. Landis
Samantha Ann Sadler
Foley & Lardner
321 North Clark Street
Suite 2800
Chicago, IL 60654
(312) 832-4500
jsoble@foley.com
jrlandis@foley.com
ssadler@foley.com

*Attorneys for Defendant Argent Trust Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of September 2022, a copy of the foregoing document was served on all counsel of record via ECF.

*/s/ Patrick O. Muench*
Patrick O. Muench
