## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Carolyn Placht
                               Plaintiff,

v.                                        Case No.: 1:21−cv−05783
                                                 Honorable Ronald A. Guzman

Argent Trust Company, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 6, 2022:

      MINUTE entry before the Honorable Beth W. Jantz: Plaintiff's unopposed motion for extension of time to file a motion to compel [74] is GRANTED. Any motion to compel against Defendants Krueger and Noesen, Jr., as well as Symbria, Inc. is now due by 9/15/22; no further extensions of this deadline will be considered given the impending fact discovery close date. The Court has also reviewed the parties' 9/1/22 JSR [77]. Defendant Argent Trust Company's request to serve a third−party subpoena on Fifth Third Bank is construed as an unopposed oral motion for leave to serve a subpoena, which is GRANTED; any subpoena to Fifth Third Bank shall be served by 9/13/22. All Rule 30(b)(6) or other corporate deponents must by identified by name by 9/30/22. Further, none of the deposition dates listed in the JSR [77] may be moved without leave of court, and leave will not be granted absent good cause shown by the deponent him/herself. The parties may, however, swap dates for identified deponents without leave of court. A further JSR is due by 11/9/22. As a reminder, the fact discovery close date set by the District Court is firm and may not be moved. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.