# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **CAROLYN PLACHT, on behalf of the Symbria Inc. Employee Stock Ownership Plan,** *et al.*, | ) ) ) ) |
| Plaintiff, | ) Case No.: 1:21-cv-05783 |
| -v- | ) ) Hon. Ronald A. Guzman |
| **ARGENT TRUST COMPANY,** *et al.*, | ) ) ) |
| Defendants. | ) |

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS JILL KRUEGER, THOMAS NOESEN, JR, AND JOHN R. CALLEN

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Carolyn Placht ("Plaintiff") and Defendants Jill Krueger ("Krueger"), Thomas Noesen, Jr. ("Noesen"), and John R. Callen ("Callen") stipulate that all claims stated in Plaintiff's Complaint, ECF No. 1, filed on October 29, 2021, against Krueger, Noesen, and Callen are hereby dismissed with prejudice, and that this entire action is dismissed with prejudice as it relates to Krueger, Noesen, and Callen. Each party shall bear its own attorneys' fees, costs, and expenses. No other claims or parties are dismissed.

| | |
|---|---|
| */s/ Patrick O. Muench* | Respectfully submitted, */s/ Michael L. Scheier* |
| Patrick O. Muench | Michael L. Scheier (0055512) |
| 318 W. Adams Street | Brian P. Muething (0076315) |
| Suite 1512 | Jacob D. Rhode (0089636) |
| Chicago, IL 60606 | KEATING MUETHING & KLEKAMP PLL |
| Telephone: (312) 500-8680 | One E. 4th Street, Suite 1400 |
| Facsimile: (304) 342-1110 | Cincinnati, OH 45202 |
| pmuench@baileyglasser.com | Tel: (513) 579-6400 |
| | Fax: (513) 579-6457 |
| | mscheier@kmklaw.com |
| | bmuething@kmklaw.com |
| | jrhode@kmklaw.com |
| | *Attorneys for Defendants Jill Krueger and Thomas Noesen, Jr.* |

| | |
|---|---|
| Ryan T. Jenny<br>Gregory Y. Porter<br>1055 Thomas Jefferson Street, NW<br>Suite 540<br>Washington, DC 20007<br>Telephone: (202) 463-2101<br>Facsimile: (202) 463-2103<br>rjenny@baileyglasser.com<br>gporter@baileyglasser.com<br><br>*Attorneys for Plaintiff* | and<br><br>Ross D. Taylor (6198181)<br>KEATING MUETHING & KLEKAMP PLL<br>125 S. Clark St., 17th Floor<br>Chicago, IL 60603<br>*Attorney for Defendants Jill Krueger*<br>  *and Thomas Noesen, Jr.*<br><br>*/s/ Michael Scotti, III*<br>Michael Scotti, III (6205868)<br>Joseph Ramos (6321350)<br>Roetzel & Andress LPA<br>30 N. Lasalle Street, Suite 2800<br>Chicago, IL 60602<br>Tel: (312) 580-1200<br>mscotti@ralaw.com<br>jramos@ralaw.com<br><br>*Attorneys for Defendant John R. Callen* |

## CERTIFICATE OF SERVICE

    I hereby certify that on December 5, 2022, the foregoing Joint Stipulation of Dismissal with Prejudice was electronically filed using the CM/ECF system, which will send notification of such filing to all registered participants.

                                               */s/ Patrick O. Muench*
                                               Patrick O. Muench