**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Carolyn Placht
                Plaintiff,

v.                                                          Case No.: 1:21−cv−05783
                                                           Honorable Sunil R. Harjani

Argent Trust Company, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 8, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Telephonic motion hearing held. For the reasons stated on the record and the absence of any objectors, the Court finds the proposed settlement to be fair, reasonable, and adequate upon preliminary review. As a result, Plaintiff's unopposed motion and incorporated memorandum of law for preliminary approval of the settlement [203] is granted. The proposed order shall be submitted via email to Proposed_Order_Harjani@ilnd.uscourts.gov. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.