UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROLYN PLACHT, on behalf of the Symbria Inc. Employee Stock Ownership Plan and on behalf of a class of all other persons similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>ARGENT TRUST COMPANY,<br><br>   Defendant. | Case No. 1:21-cv-05783<br><br>Hon. Sunil R. Harjani |

**PLAINTIFF'S UNOPPOSED MOTION
FOR FINAL APPROVAL OF SETTLEMENT**

  Pursuant to Federal Rules of Civil Procedure 23 and this Court's preliminary approval of settlement (see Dkt. 207), Plaintiff respectfully requests that the Court enter an order granting Plaintiff's Unopposed Motion for Final Approval of Settlement in this matter. Plaintiff submits the following in support of this Motion:

1) Plaintiff's Memorandum of Law in Support of Unopposed Motion for Final Approval of Settlement;

2) Declaration of Gregory Y. Porter;

3) Declaration of Lisa Pavlik on behalf of Simpluris, Inc.; and

4) [Proposed] Final Approval Order and Judgment.

Dated: February 17, 2025                    Respectfully submitted,

**BAILEY & GLASSER LLP**

*/s/ Patrick O. Muench*
Patrick O. Muench
318 W. Adams St., Ste. 1512
Chicago, IL 60606
Telephone: (312) 500-8680
Facsimile: (304) 342-1110
pmuench@baileyglasser.com

Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny
Laura Babiak (*pro hac vice*)
1055 Thomas Jefferson St., NW, Ste. 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com
lbabiak@baileyglasser.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of February 2025, a copy of the foregoing document was served on all counsel of record via ECF.

/s/ Patrick O. Muench
Patrick O. Muench