# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Carolyn Placht

                    Plaintiff,

v.                                         Case No.: 1:21−cv−05783
                                                           Honorable Sunil R. Harjani

Argent Trust Company, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Fairness hearing held on Plaintiff's Unopposed Motion for Final Approval of Settlement [208] and Motion for Attorneys' Fees, Costs, and Class Representative Award [210]. For the reasons stated on the record, and without any objections, the Court finds that the proposed class action settlement is fair, reasonable, and adequate and grants both motions [208] and [210]. The parties are to submit a proposed draft order for the Court#039;s entry by 7/22/2025. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.